UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EDWARD DYSON

VERSUS

ADVANCED BIONICS, L.L.C., ET AL

CIVIL ACTION

NO. 11-672-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated November 21, 2011 (doc. no. 16) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion to Remand filed by plaintiff Edward Dyson is GRANTED insofar as the plaintiff seeks a remand of the case to the state court. Insofar as the plaintiff seeks an award of attorney's fees and expenses, the motion is DENIED..

Baton Rouge, Louisiana, December 14, 2011.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA